**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:14-00045** |
| | ) | **JUDGE SHARP** |
| **RICHARDO COLON** | ) | |

## <u>O R D E R</u>

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, February 17, 2015, at 10:30 a.m.

The status conference is hereby scheduled February 9, 2015, is hereby cancelled.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE